**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

CORDELIA MCGUIRE                                                                                          PLAINTIFF

V.                                              NO. 3:08CV00103 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                               DEFENDANT

## JUDGMENT

Consistent with the Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 20th day of August, 2009.

_____
UNITED STATES MAGISTRATE JUDGE